IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH STANTON<br>and RICHARD STANTON,<br><br>        Plaintiffs,<br><br>v.<br><br>TAASERA, INC., KURT<br>BUSECK, and SCOTT HARTZ,<br><br>        Defendants. | Civil Action<br><br>No. 1:18-cv-00291-SPB |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(A)(1) of the Local Rules of the United States District Court for the Western District of Pennsylvania, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Defendant, TaaSera, Inc. ("TaaSera"), by its counsel, hereby certifies that there are no parents, subsidiaries and/or affiliates of TaaSera that have issued shares or debt securities to the public.

Dated: November 19, 2018

Respectfully submitted,

_____
Kurt A. Miller
Pa. I.D. No. 37850

James P. Thomas
Pa. I.D. No. 75960

Andrew J. Ruxton
Pa. I.D. No. 322818

CLARK HILL PLC
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA  15219-1425
412-394-2363

*Attorneys for Defendants, TaaSera, Inc.,
Kurt Buseck, and Scott Hartz*

220596664

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** has been served upon counsel of record this 19th day of November, 2018, via the Court's CM/ECF System, as follows:

Christine T. Elzer, Esq.
Elzer Law Firm, LLC
100 First Avenue, Suite 1010
Pittsburgh, PA 15222

Neil S. Hyman, Esq.
Law Office of Neil S. Hyman, LLC
4520 East West Highway, Suite 700
Bethesda, MD 20814

_____
Kurt A. Miller