Circuit Court of Maryland

Go Back Now

## Case Information

Court System: **Circuit Court for Montgomery County - Civil System**
Case Number: **444457V**   Sub Type: **OTHER LAW**
Date Filed: **03/22/2018**
Case Status: **CLOSED**

## Plaintiff Information

*(Each Alias, Address, and Attorney for the Plaintiff is displayed)*
Name: **STANTON, JOSEPH**
Address: **9112 TOWN GATE LANE**
**BETHESDA MD 20817**

*Attorney(s) for the Plaintiff*

Name: **HYMAN, NEIL S**
Address: **LAW OFFICE OF NEIL S. HYMAN, LLC**
**4520 EAST-WEST HWY STE 700**
**BETHESDA MD 20814**
Phone: **301-841-7105**

Name: **STANTON, RICHARD**
Address: **8612 TUCKERMAN LANE**
**POTOMAC MD 20854**

*Attorney(s) for the Plaintiff*

Name: **HYMAN, NEIL S**
Address: **LAW OFFICE OF NEIL S. HYMAN, LLC**
**4520 EAST-WEST HWY STE 700**
**BETHESDA MD 20814**
Phone: **301-841-7105**

## Defendant Information

*(Each Alias, Address, and Attorney for the Defendant is displayed)*
Name: **TAASERA INC**
Address: **175 SOUTH MAIN ST SUITE 500**
**SALT LAKE CITY UT 84111**

*Attorney(s) for the Defendant*

Name: **SHECHTEL, STEPHEN A**
Address: **SHECHTEL & ASSOCIATES, P.A.**
**17 W JEFFERSON ST SUITE 205**
**ROCKVILLE MD 20850-4227**
Phone: **301-309-1440**

**Issues Information**

Issue: **COLLECTION WAGES UNLAWFULLY WITHHELD**

**Document Tracking**

| | |
|---|---|
| Docket Date: | **03/22/2018**   Docket Number: **1** |
| Docket Description: | **BILL OF COMPLAINT** |
| Docket Type: | **Docket**   Filed By: **Plaintiff** |
| Docket Text: | **PLAINTIFFS' COMPLAINT, FILED.** |

| | |
|---|---|
| Docket Date: | **03/22/2018**   Docket Number: **2** |
| Docket Description: | **INFORMATION SHEET FILED** |
| Docket Type: | **Docket**   Filed By: **Plaintiff** |
| Docket Text: | **PLAINTIFFS' INFORMATION SHEET, FILED.** |

| | |
|---|---|
| Docket Date: | **03/22/2018**   Docket Number: **3** |
| Docket Description: | **INSTRUCTIONS FOR SERVICE** |
| Docket Type: | **Docket**   Filed By: **Plaintiff** |
| Docket Text: | **PLAINTIFFS' INSTRUCTIONS FOR SERVICE, FILED.** |

| | |
|---|---|
| Docket Date: | **03/23/2018**   Docket Number: **4** |
| Docket Description: | **SCHEDULING ORDER TRACK II** |
| Docket Type: | **Docket**   Filed By: **Court** |
| Docket Text: | **SCHEDULING ORDER - TRACK II (GREENBERG, J.) , ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | **03/23/2018**   Docket Number: **5** |
| Docket Description: | **NOTICE, NEW CASE NUMBER** |
| Docket Type: | **Docket**   Filed By: **Court** |
| Docket Text: | **NOTICE SENT GIVING NEW CASE NUMBER TO ALL PARTIES.** |

| | |
|---|---|
| Docket Date: | **03/23/2018**   Docket Number: **6** |
| Docket Description: | **SUMMONS ISSUED** |
| Docket Type: | **Docket**   Filed By: **Court** |
| Docket Text: | **ONE 30 DAY SUMMONS ISSUED FOR PERSONAL SERVICE AND MAILED TO ATTORNEY.** |

| | |
|---|---|
| Docket Date: | **04/09/2018**   Docket Number: **7** |
| Docket Description: | **AFFIDAVIT OF SERVICE ON SUMMONS: SERVED** |
| Docket Type: | **Docket**   Filed By: **Other** |
| Docket Text: | **AFFIDAVIT OF SERVICE ON SUMMONS: SERVED AS TO TAASERA, INC., W/S/O DAVID BRIGATII ON 04/02/2018, FILED.** |

| | |
|---|---|
| Docket Date: | **05/18/2018**   Docket Number: **8** |
| Docket Description: | **INFORMATION SHEET FILED** |
| Docket Type: | **Docket**   Filed By: **Defendant** |
| Docket Text: | **DEFENDANT'S INFORMATION SHEET, FILED.** |

| | |
|---|---|
| Docket Date: | **05/18/2018**   Docket Number: **9** |
| Docket Description: | **MOTION, DISMISS** |
| Docket Type: | **Motion**   Filed By: **Defendant**   Status: **Granted** |
| Ruling Judge: | **SALANT, STEVEN G** |
| Reference Docket(s): | Opposition: **12**   Ruling: **21** |
| Docket Text: | **DEFENDANT'S MOTION TO DISMISS FOR LACK OF IN PERSONAM JURISDICTION** |

| | |
|---|---|
| | AND MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED, REQUEST FOR ORAL ARGUMENT/HEARING, AFFIDAVIT, MEMORANDUM OF POINTS AND AUTHORITIES AND ATTACHMENTS, FILED. |
| Docket Date: | 05/23/2018   Docket Number: 10 |
| Docket Description: | NOTICE, EXISTING SCHEDULE |
| Docket Type: | Docket   Filed By: Court |
| Docket Text: | NOTICE OF EXISTING SCHEDULE SENT TO STEPHEN A. SHECHTEL, ESQ., FILED. |
| Docket Date: | 06/07/2018   Docket Number: 11 |
| Docket Description: | MOTION, POSTPONEMENT |
| Docket Type: | Motion   Filed By: Defendant   Status: Granted |
| Reference Docket(s): | Ruling: 14 |
| Docket Text: | DEFENDANT'S MOTION TO RESCHEDULE OR POSTPONE STATUS/PRETRIAL HEARING, FILED. (LP) |
| Docket Date: | 06/07/2018   Docket Number: 12 |
| Docket Description: | OPPOSITION TO MOTION |
| Docket Type: | Opposition   Filed By: Plaintiff |
| Ruling Judge: | SALANT, STEVEN G |
| Reference Docket(s): | Motion: 9   Ruling: 21 |
| Docket Text: | PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS, FILED. |
| Docket Date: | 06/20/2018   Docket Number: 13 |
| Docket Description: | NOTICE, HEARING DATE (MAILED) |
| Docket Type: | Docket   Filed By: Court |
| Docket Text: | NOTICE OF HEARING DATE FILED AND MAILED. (HEARING DATE: 07/18/2018) (LP) |
| Docket Date: | 06/28/2018   Docket Number: 14 |
| Docket Description: | ORDER, POSTPONE |
| Docket Type: | Ruling   Filed By: Court   Status: Granted |
| Ruling Judge: | GREENBERG, ROBERT A |
| Reference Docket(s): | Motion: 11 |
| Docket Text: | ORDER OF COURT (GREENBERG, J.) THE CLERK SHALL NOTE THAT THE STATUS PRETRIAL HEARING FOR AUGUST 30, 2018 BE RESCHEDULED TO ANOTHER DATE; THE CLERK SHALL INFORM THE PARTIES OF THE NEW DATE FOR THE MERITS TRIAL IS RESCHEDULED TO: SEPTEMBER 21, 2018 AT 10:30AM, ENTERED. (COPIES MAILED) |
| Docket Date: | 06/29/2018   Docket Number: 15 |
| Docket Description: | CERTIFICATE REGARDING DISCOVERY |
| Docket Type: | Docket   Filed By: Defendant |
| Docket Text: | DEFENDANT'S NOTICE OF DISCOVERY AS TO REQUEST FOR DOCUMENTS TO BE SERVED UPON JOSEPH STANTON, FILED. (LP) |
| Docket Date: | 06/29/2018   Docket Number: 16 |
| Docket Description: | CERTIFICATE REGARDING DISCOVERY |
| Docket Type: | Docket   Filed By: Defendant |
| Docket Text: | DEFENDANT'S NOTICE OF DISCOVERY AS TO REQUESTS FOR DOCUMENTS TO BE SERVED UPON RICHARD STANTON, FILED. (LP) |
| Docket Date: | 07/18/2018   Docket Number: 17 |
| Docket Description: | MOTION, POSTPONEMENT |
| Docket Type: | Motion   Filed By: Plaintiff   Status: Granted |
| Reference Docket(s): | Ruling: 18 |
| Docket Text: | PLAINTIFFS' CONSENT MOTION TO RESCHEDULE HEARING, FILED. |
| Docket Date: | |

| | | |
|---|---|---|
| | 07/18/2018   Docket Number:   18 | |
| Docket Description: | ORDER, POSTPONE | |
| Docket Type: | Ruling   Filed By:   Court   Status:   Granted | |
| Ruling Judge: | CUMMINS, JILL REID | |
| Reference Docket(s): | Motion: 17 | |
| Docket Text: | ORDER OF COURT (CUMMINS, J.) PLAINTIFFS' CONSENT MOTION TO RESCHEDULE THE HEARING ON DEFENDANT'S MOTION TO DISMISS UNTIL AUGUST 22, 2018 AT 10:00 AM IS HEREBY GRANTED, ENTERED. (COPIES MAILED) | |

| | | |
|---|---|---|
| Docket Date: | 07/18/2018   Docket Number:   19 | |
| Docket Description: | NOTICE, HEARING DATE (MAILED) | |
| Docket Type: | Docket   Filed By:   Court | |
| Docket Text: | NOTICE OF HEARING DATE FILED AND MAILED. (HEARING DATE: 08/22/2018) | |

| | | |
|---|---|---|
| Docket Date: | 08/21/2018   Docket Number:   22 | |
| Docket Description: | PRE-TRIAL STATEMENT | |
| Docket Type: | Docket   Filed By:   Defendant | |
| Docket Text: | DEFENDANT'S PRE-TRIAL STATEMENT, FILED. (LP) | |

| | | |
|---|---|---|
| Docket Date: | 08/22/2018   Docket Number:   20 | |
| Docket Description: | HEARING | |
| Docket Type: | Docket   Filed By:   Court | |
| Docket Text: | HEARING (SALANT, J.) ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF IN PERSON JURISDICTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (#9). PLAINTIFF'S COUNSEL, MR. HYMAN AND DEFENDANT'S COUNSEL, MR. SHECHTEL. | |
| Audio Media: | 3G-082218   Start:   10:15:52   Stop:   10:33:19 | |

| | | |
|---|---|---|
| Docket Date: | 08/22/2018   Docket Number:   21 | |
| Docket Description: | COURT DISMISSES CASE WITHOUT PREJUDICE | |
| Docket Type: | Ruling   Filed By:   Court   Status:   Granted | |
| Ruling Judge: | SALANT, STEVEN G | |
| Reference Docket(s): | Motion: 9   Opposition: 12 | |
| Docket Text: | COURT (SALANT, J.) GRANTS DEFENDANT'S MOTION TO DISMISS FOR LACK OF IN PERSON JURISDICTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (#9) . | |

| | | |
|---|---|---|
| Docket Date: | 08/27/2018   Docket Number:   23 | |
| Docket Description: | ORDER, DISMISS W/OUT PREJ. | |
| Docket Type: | Docket   Filed By:   Court   Status:   Granted | |
| Ruling Judge: | SALANT, STEVEN G | |
| Docket Text: | ORDER OF COURT (SALANT, J.) THAT DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (D.E.#9) BE, AND HEREBY IS GRANTED; THAT PLAINTIFF'S COMPLAINT BE, AND HEREBY IS DISMISSED WITHOUT PREJUDICE, ENTERED. (COPIES MAILED) | |

Go Back

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*