IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH STANTON and RICHARD STANTON,<br><br>Plaintiffs,<br>v.<br><br>TAASERA, INC., KURT BUSECK, and SCOTT HARTZ,<br><br>Defendants. | Civil Action<br><br>No. 1:18-cv-291<br><br>Judge Baxter<br><br>JURY TRIAL DEMANDED |

## SUGGESTION OF DEATH AND UNOPPOSED MOTION TO SUBSTITTUE PLAINTIFF

Michael J. Stanton, Personal Representative of the Estate of Plaintiff Joseph Stanton, deceased, by undersigned counsel and pursuant to Fed.R.Civ.P. 25(a)(1), moves to be substituted as a Plaintiff in this action, and in support states as follows:

1. This is an action under the Maryland Wage Payment and Collection Law, Md. Code Lab. & Empl. § 3-501 *et. seq.*. Plaintiffs, Joseph Stanton and Richard Stanton, allege that Defendant, TaaSera, Inc., failed to pay them wages.

2. On July or about 1, 2019, Plaintiff Joseph Stanton died while this action was pending with this Court.

3. The claims in this proceeding were not extinguished by the original Plaintiff's death.

4. On July 23, 2019, the Montgomery County, Maryland Register of Wills issued Letters of Administration to Michael J. Stanton as Personal Representative of the Estate of Joseph Stanton. A copy of said Letters of Administration is attached as Exhibit 1.

5.      As a duly-qualified Personal Representative of Plaintiff Joseph Stanton's estate, Michael J. Stanton is a proper Plaintiff in this matter.

6.      Defendant's counsel has indicated that Defendant does not object to substituting Michael J. Stanton as a Plaintiff.

WHEREFORE, Plaintiffs respectfully request that this Court substitute Michael J. Stanton as Personal Administrator of the Estate of Joseph Stanton as a Plaintiff, and amend the caption in this matter to so reflect.

Respectfully submitted,

/s/ Christine T. Elzer
Christine T. Elzer
Pa. I.D. No. 208157
Elzer Law Firm, LLC
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
(412) 230-8436
(412) 206-0855 (fax)
celzer@elzerlaw.com

Neil S. Hyman, Esquire
(Pro Hac Vice Motion to be Filed)
Law Office of Neil S. Hyman, LLC
4520 East West Highway, Suite 700
Bethesda, Maryland 20814
(301) 841-7105 (p)
neil@neilhymanlaw.com

Attorneys for Plaintiffs