IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD STANTON,<br>MICHAEL STANTON,<br><br>　　　　　Plaintiff<br><br>v.<br><br>TAASERA,<br><br>　　　　　Defendants. | Civil Action No.: 1:18-291-SPB<br><br>The Honorable Susan Paradise Baxter |

## REPORT OF NEUTRAL

A Mediation session was held in the above captioned matter on December 6, 2019.

The case (please check one):
　　__X__ has resolved
　　_____ has resolved in part (see below)
　　_____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

Dated: December 10, 2019　　　　　/s/Louis B. Kushner_____
　　　　　　　　　　　　　　　　　　Signature of Neutral

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev. 09/11

ND: | 64432-11

4818-0879-6078, v. 1